**Dismissed and Opinion Filed October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01172-CR

**ANTOINE DEVON CROW, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75034-P**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

Antoine Devon Crow pleaded guilty to felony assault involving family violence. *See*
TEX. PENAL CODE ANN. § 22.01(b-1) (West Supp. 2014). Pursuant to a plea agreement, the trial
court sentenced appellant to ten years' imprisonment on March 12, 2015.[1]  Appellant waived his
right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex.
Crim. App. 2000).  The trial court certified that appellant does not have the right to appeal. *See*
TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005).  On
September 25, 2015, appellant filed a pro se notice of appeal essentially complaining his plea
was involuntary because he believed he would receive shock probation.  Even apart from the

---

[1] The judicial confession reflects that appellant also pleaded true to an enhancement paragraph alleging a prior felony conviction for aggravated assault.  The trial court's judgment states "n/a" in the section regarding enhancement paragraphs.  Because we have no jurisdiction over the appeal, we cannot modify the trial court's judgment to make any necessary corrections.

plea agreement, appellant's September 25, 2015 notice of appeal is untimely as to the March 12, 2015 sentencing date.

We dismiss the appeal for want of jurisdiction.

/David L. Bridges/
Do Not Publish
TEX. R. APP. P. 47
151172F.U05

DAVID L. BRIDGES
JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANTOINE DEVON CROW, Appellant

No. 05-15-01172-CR　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-75034-P.
Opinion delivered by Justice Bridges,
Justices Francis and Myers participating.

　　　Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered October 5, 2015.